FILED

2013 SEP 27  AM 11: 12

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DEBORAH HENADY-KORBA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO.: 4:13CV070 ) |
| SALLIE MAE, INC., | ) ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.2, Defendant Sallie Mae, Inc. is not a publicly traded company. Sallie Mae, Inc. is wholly owned by SLM Corporation, a publicly traded company.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Bonnie L. Martin
Bonnie L. Martin, Atty. No.: 20248-18
111 Monument Circle
Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
bonnie.martin@ogletreedeakins.com

Attorneys for Defendant
Sallie Mae, Inc.

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2013, a copy of the foregoing *Corporate Disclosure Statement* was served on the below counsel of record by U.S. Mail, postage prepaid:

Melissa Wilkes, Esq.
PEARLMAN, CHOSNEK & HOPSON, P.C.
P.O. Box 708
Lafayette, IN 47902

*[signature: Bonnie L. Martin]*

Bonnie L. Martin, Esq.
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
*bonnie.martin@ogletreedeakins.com*

16011206.1